Betty HUGHLEY, Angela Doyle, Georgianna Johnson, Frederick Gilliam, Sylvia Grant–Gutierrez, Edward Kay, Steven Kramer, Luis Matos, James Murphy, Marc Shanker and Unity and Progress–Save Our Union Committee, Plaintiffs,

v.

LOCAL 1199, DRUG, HOSPITAL AND HEALTH CARE EMPLOYEES UNION, RWDSU, Plaintiff–Appellee

Claude Ferrara, Philip Kamenkowitz, Telbert King, Herb Binger, Ramon P. Malave, Jo–Ann Marshall, Barrington Moore, Karl Rath, Floris Saunders, Floyd Shepard and Doris Turner, Defendants–Appellants.

Docket No. 00–7404.

United States Court of Appeals, Second Circuit.

Argued: Oct. 27, 2000

Decided: Nov. 8, 2000

Delia Guazzo, Gareth W. Stewart, New York, NY, for Appellants Claude Ferrara et al.

William B. Pollard, III, Louisa S. Ruffine, Kornstein Veisz & Wexler, LLP, New York, NY, Richard Levy, Levy Pollack Ratner & Behroozi, P.C., New York, NY, for Appellee Local 1199, Drug Hospital and Health Care Employees Union, RWDSU.

Before: FEINBERG, MINER, KATZMANN, Circuit Judges.

PER CURIAM

Defendants Claude Ferrara et al. appeal from an opinion and order of the United States District Court for the Southern District of New York (Haight, District Judge), dated March 7, 2000, which denied their motion for attorney fees and costs. On appeal, defendants argue that they are entitled to fees and costs under common benefit, promotion of union democracy and state law theories. For the reasons stated by the district court, we find that defendants are not entitled to attorney fees and costs. We hereby adopt parts II.C, III, and IV.2 of the district court's thorough opinion and affirm for the reasons stated therein. *See Doyle v. Turner,* 90 F.Supp.2d 311 (S.D.N.Y.2000).

The order of the district court is affirmed.